**Estelle BEDFORD, Plaintiff-Appellant,**

v.

**Caspar W. WEINBERGER, Secretary of Health, Education & Welfare, Defendant-Appellee.**

**No. 72-3713**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

March 14, 1973.

William I. Aynes, Atlanta, Ga., for plaintiff-appellant.

John W. Stokes, Jr., U. S. Atty., Charney K. Berger, Asst. U. S. Atty., Atlanta, Ga., for defendant-appellee.

Before JOHN R. BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges.

PER CURIAM:

A careful review of the record convinces us that the decision of the Secretary is supported by substantial evidence. Cross v. Finch, 5 Cir. 1970, 427 F.2d 406; Rome v. Finch, 5 Cir. 1969, 409 F.2d 1329, cert. denied 396 U.S. 943, 90 S.Ct. 379, 24 L.Ed.2d 244.

Affirmed.

**UNITED STATES of America, Appellee,**

v.

**Robert SANCHEZ, Appellant.**

**No. 73-1142.**

United States Court of Appeals, Ninth Circuit.

March 9, 1973.

David Unrot, pro se.

Before CHAMBERS, KOELSCH, and HUFSTEDLER, Circuit Judges.

PER CURIAM:

Counsel David Unrot under the provisions of Rule 46(c), Federal Rules of Appellate Procedure, is assessed as a penalty the personal obligation of supplying the reporter's transcript (and the number of copies required by the rules for a criminal appeal) of the trial to the clerk of this court within 28 days from the date of filing this order.

The said Unrot is relieved as counsel of record.

Sanchez or new counsel may move within 21 days for a rehearing on the order of dismissal heretofore entered.

Bail is revoked effective now.